IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA MILLS and CHRISTOPHER STRICKLAND, As Parent of Christopher Jordan Strickland and Meagan Strickland, Minors, | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 2:10CV00072 SWW |
| KATIE STRICKLAND, | * * | |
| Defendant. | * * | |

**ORDER**

Before the Court is the parties' stipulation of dismissal. The parties state that all claims set forth in the lawsuit have been settled and the only remaining issue is to have the settlement of the minor children approved by the state court. They ask the Court to dismiss all claims with respect to separate plaintiff Amanda Mills with prejudice and to dismiss the claims with respect to Christopher Strickland without prejudice until such time as their settlement is approved.

The Court declines to dismiss the case at this time. The Court will enter an Order of Dismissal with prejudice forty-five days from the date of entry of this Order unless the parties notify the Court that case is not fully settled.

DATED this 10th day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE