IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA MILLS and CHRISTOPHER STRICKLAND, As Parent of Christopher Jordan Strickland and Meagan Strickland, Minors, | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 2:10CV00072 SWW |
| KATIE STRICKLAND, | * * | |
| Defendant. | * * | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation filed by the parties that this cause has been compromised and settled, and should be dismissed with prejudice,

IT IS THEREFORE ORDERED that the plaintiffs' complaint hereby is dismissed with prejudice.

DATED this 19th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE